1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH AGUIRRE,

11          Plaintiff,                    No. CIV S-04-1843 LKK KJM P

12      vs.

13   ELBERT TOWNSELL, et al.,

14          Defendants.

15   _____/         ORDER

16          Plaintiff is a Solano County Jail inmate proceeding pro se.  Plaintiff seeks relief

17   under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C.

19   § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee in effect at the time of filing of

23   his action, $150.00.  28 U.S.C. §§ 1914(a), 1915(b)(1).  An initial partial filing fee of $20.00 will

24   be assessed by this order.  28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the

25   appropriate agency to collect the initial partial filing fee from plaintiff's trust account and

26   forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments

1

of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff's complaint states a cognizable Eighth Amendment claim under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claim against defendant Townsell.  Therefore, the court will order service of process upon defendant Townsell. The court will not order service of process upon the other defendants identified in plaintiff's complaint as the complaint fails to state a clam upon which relief can be granted as to those defendants.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action. Plaintiff is assessed an initial partial filing fee of $20.00.  All fees shall be collected and paid in accordance with this court's order to the Solano County Sheriff filed concurrently herewith.

3.  Service is appropriate for defendant Townsell.

4.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed September 3, 2004.

5.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285; and

    d.  Two copies of the endorsed complaint filed September 3, 2004.

6.  Plaintiff need not attempt service on defendant Townsell and need not request

waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Townsell under Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  May 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
agui1843.1

3

1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH AGUIRRE,

11            Plaintiff,                    No. CIV-S-04-1843 LKK KJM P

12        vs.

13   ELBERT TOWNSELL, et al.,               NOTICE OF SUBMISSION

14            Defendants.                   OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____      completed summons form

19            _____      completed USM-285 form

20            _____      copies of the _____
                                       Complaint

21   DATED:

22

23                                         _____
                                           Plaintiff
24

25

26